UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSH CARLUCCI, a Florida resident; BRENT SCHILLAGE, a Florida resident; NEXGEN BIOLABS, INC., a Florida corporation; SKINGENIXX, INC., a Florida corporation; and GX8 CAPITAL, INC., a Florida corporation,<br><br>　　　　Defendants. | Case No. 2:15-cv-01297 RSM<br><br>ORDER RE PERMANENT INJUNCTION AGAINST DEFENDANTS |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**FINDINGS AND CONCLUSIONS**

1.　This is an action brought by Amazon.com, Inc. ("Amazon") against Defendants, in which Amazon alleges that Defendants manipulated and/or falsified reviews of Defendants' products sold on the Amazon platform.

2.　The Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338. Venue is proper in this Court under 28 U.S.C. § 1391(b) and (c).

3.　The parties have resolved this lawsuit and, without any admission of liability, have stipulated to entry of the following permanent injunction against Defendants.

**INJUNCTION**

1. Defendants, and their officers, agents, servants, employees, assigns, and all those in active concert or participation with any of them who receive actual notice of this injunction by personal service or otherwise, shall immediately cease and refrain from engaging in any of the following activities, and cease and refrain from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    (a) selling products on any of Amazon's websites;

    (b) opening any Amazon accounts;

    (c) using Amazon's services in connection with the marketing or sale of any products or services.

2. Defendants will provide notice (which may be via email or paper) to their (future) wholesale or bulk customers, vendors, employees and agents that none of Defendants' products or services may be sold on any of Amazon's websites. Upon becoming aware of a violation of this restriction, Defendants provide notice to Amazon (by providing all pertinent information) and will discontinue working with (i.e., selling product to, or engaging in a contractual relationship with) any such person or company that violates this restriction.

**RETENTION OF JURISDICTION**

IT IS FURTHER ORDERED that the Court will retain jurisdiction of this action for purposes of construing, modifying, and enforcing this Permanent Injunction.

DATED this 7th day of January 2016.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE